**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00060-CV

## JOSE AGUILAR, Appellant

## V.

## DAN WILLEMS, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03480-A**

## ORDER

The reporter's record is overdue and the court reporter has notified the Court that appellant has not requested preparation of the reporter's record. By letter dated February 8, 2019, we instructed appellant to provide, within ten days, notice that he has requested preparation of the reporter's record and written verification that he has paid or made arrangements to pay the reporter's fee or written documentation that he has been found entitled to proceed without payment of costs. We cautioned appellant that failure to comply could result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellant has not responded. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id*.

Appellant shall file his brief on the merits by **April 26, 2019**.

/s/     BILL WHITEHILL
         JUSTICE